IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GUSTAVO LOPEZ-TAPIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to request special consideration and to appoint counsel (filing 100) is denied.

(2) The defendant's motion for copies (filing 101) is denied.

(3) The defendant's motion for leave to proceed in forma pauperis (filing 102) is denied.

November 1, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge